UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ethan Karavani,<br><br>         Plaintiff,<br><br>         v.<br><br>Argo Real Estate LLC d/b/a Argo Residential,<br><br>         Defendant. | Case No.: 1:23-cv-04671-PKC |

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE
### PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: August 17, 2023

**PRYOR CASHMAN LLP**

By: _William Thomashower_
William Thomashower, Esq.
7 Times Square, 40th Floor
New York, NY 10036
Tel: (212) 326-0811
Email: wthomashower@pryorcashman.com
*Attorneys for Defendant*

**SANDERS LAW GROUP**

By: _Joshua Vera_
Joshua D. Vera, Esq.
Craig B. Sanders, Esq.
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: jvera@sanderslaw.group
*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

_____
Hon. P. Kevin Castel
United States District Judge